Dieter M. FINCH, Plaintiff–Appellant

v.

The UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, Defendant–Appellee.

No. 13–20666
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 8, 2014.

Dieter M. Finch, Richmond, TX, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Susan Marie Watson, Attorney General, Office of the Attorney General, Austin, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.